FILED
2018 Feb-05 PM 04:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2018 Feb-05 PM 02:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| BRIAN TAYLOR, on behalf of himself and as representative of a class of persons similarly situated<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>CIVIL ACTION CASE NUMBER: 7:18-cv-00168-LSC |

### Summons in a Civil Action

To: *(Defendant's name and address)*
APPLE, INC.
C/O CT CORPORATION SYTEM
2 NORTH JACKSON STREET, STE. 605
MONTGOMERY, AL 36104
NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Archie I Grubb, II
W. Daniel "Dee" Miles, III
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104; (T) 334-269-2343

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 2/5/18

SHARON N. HARRIS, CLERK
By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __5__ day of __February__, __2018__, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☑     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.) __Jenifer Lockwood, employed by CT Corporation System__

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

__2/5/2018__
*Date*

_____
*Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                            $
                   Expenses: _____ miles @ _____ cents      $_____

                                          TOTAL $